# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00623-LJO-SKO PC<br><br>ORDER DENYING MOTION IN LIMINE AS PREMATURE<br><br>(Doc. 43) |

     Plaintiff Arvie B. Carroll, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 9, 2010. On February 10, 2012, Plaintiff filed a motion seeking to preclude Defendants from introducing into evidence, or referring to, Plaintiff's criminal and/or prison central file records at trial.

     Any party may file a motion in limine, which is a procedural mechanism to limit in advance testimony or evidence in a particular area. U.S. v. Heller, 551 F.3d 1108, 1111 (9th Cir. 2009) (quotation marks omitted). In the case of a jury trial, the Court's ruling gives Plaintiff and Defendants' counsel advance notice of the scope of certain evidence so that admissibility is settled before attempted use of the evidence before the jury. Heller, 551 F.3d at 1111-12 (quotation marks omitted).

     In this instance, however, Plaintiff's motion is premature. The deadline to file pretrial dispositive motions is still pending and the case has not been set for trial.

///

///

1

Accordingly, Plaintiff's motion in limine, filed on February 10, 2012, is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

**Dated:   May 21, 2012**                                         /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE