# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIE B. CARROLL,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-00623-LJO-SKO PC<br><br>ORDER REQUIRING UNITED STATES MARSHAL TO PROVIDE COURT WITH CONTACT INFORMATION FOR DEFENDANT SOTO WITHIN FIVE DAYS, TO BE FILED UNDER SEAL<br><br>(Doc. 51)<br><br>ORDER REQUIRING DEFENDANT SOTO TO SHOW CAUSE WITHIN THIRTY DAYS OF SERVICE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HER<br><br>(Doc. 51) |

    Plaintiff Arvie B. Carroll, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 9, 2010.  This action is proceeding on Plaintiff's amended complaint against Defendants Dutra and Soto for acting with deliberate indifference to Plaintiff's serious medical needs on December 17, 2008, in violation of the Eighth Amendment of the United States Constitution.

    Defendant Esther Soto waived service of the summons and complaint, and her response to Plaintiff's amended complaint was due on or before April 20, 2012.  Fed. R. Civ. P. 4(d), 12(a)(1)(A)(I).  Defendant Soto has not filed a response.

    The United States Marshal was appointed to serve process in this case, and contact with Defendant Soto was apparently facilitated through the Legal Affairs Division of the California

1

Department of Corrections and Rehabilitation, pursuant to the Court's order of November 29, 2011. As a result, the Court does not have the address at which Defendant Soto was reached, and it intends to have service of this order effected on Defendant Soto. Therefore, the United States Marshal shall submit a memorandum setting forth the contact information for Defendant Soto, which shall be filed under seal.

Accordingly, it is HEREBY ORDERED that:

1. Within **five (5) days**, the United States Marshal shall provide the Court, by memorandum, with the contact information for Defendant Soto, which shall be filed under seal;

2. Within **thirty (30) days** from the date of service of this order, Defendant Soto shall show cause why default shall not be entered against her;

3. The failure to file a response to this order will result in entry of default;

4. The issuance of this order operates as an extension of thirty days from the date of service on Defendant Soto within which to response to the amended complaint; and

5. The Clerk's Office shall serve a copy of this order on the United States Marshal and on the Legal Affairs Division of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

**Dated:**    **May 29, 2012**                /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE