1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | ARVIE B. CARROLL,                          CASE NO. 1:10-cv-00623-LJO-SKO PC

10 |                    Plaintiff,              ORDER DISREGARDING MOTION

11 |       v.                                   (Doc. 98)

12 | JAMES A. YATES, et al.,

13 |                    Defendants.

14 | _____/

15       On February 22, 2013, Defendants' motion for summary judgment was granted and judgment

16 was entered in favor of Defendants.  Plaintiff filed a notice of appeal on March 1, 2013, and on

17 March 6, 2013, Plaintiff filed a motion seeking leave from this court to use the original record on

18 appeal.  Fed. R. App. P. 24(c).

19       Plaintiff's request must be directed to the appellate court, and his motion filed in this court

20 is HEREBY DISREGARDED.

21

22 IT IS SO ORDERED.

23 **Dated:    March 8, 2013**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1